UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE KREISH and
DENNIS KREISH,

Plaintiffs,

Case No. 25-cv-10768
Honorable Linda V. Parker

v.

AMERICAN MULTI-CINEMA, INC.,

Defendant.
___________________________________/

**JUDGMENT**

In their Complaint in this matter, Plaintiffs bring premises liability and loss of consortium claims against Defendant. Defendant has filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, which this Court granted in an Opinion and Order on this date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: November 23, 2026

s/LINDA V. PARKER
U.S. DISTRICT JUDGE